# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0360
LT Case Nos. 2013-CF-005271-A
2014-CF-008280-A

_____

FELIX LUIS CUEVAS-RODRIGUEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Marc A. Joseph, of Marc A. Jospeh, P.A., Tampa, for Appellant.

No Appearance for Appellee.

October 14, 2025

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____